IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY C. WISE, # 138450, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 2:11cv1089-TMH |
| | )                    (WO) |
| CHERYL PRICE, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**<u>ORDER</u>**

This cause is before the court on a *pro se* 28 U.S.C. § 2254 petition for habeas corpus relief filed by state Inmate Jerry C. Wise ("Wise"). (Doc. No. 1.) In his petition, Wise challenges his murder conviction and the resulting sentence imposed in December 2007 by the Circuit Court of Dallas County, Alabama.

This court, "in the exercise of its discretion and in furtherance of justice," may transfer a petitioner's application for writ of habeas corpus to "the district court for the district within which the State court was held which convicted and sentenced [the petitioner]." *See* 28 U.S.C. § 2241(d). Wise challenges a conviction and sentence entered against him by the Circuit Court of Dallas County, Alabama. Dallas County is located within the jurisdiction of the United States District Court for the Southern District of Alabama. In light of the foregoing, the court concludes that the transfer of this case to such other court for hearing and determination is appropriate.

Accordingly, it is

ORDERED that this case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

Done this 21st day of December, 2011.

    /s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE